# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 18-1456V
Filed: October 9, 2019
UNPUBLISHED

| | |
|---|---|
| CALANDRA HARPS,<br><br>       Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>       Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Leah VaSahnja Durant*, Law Offices of Leah V. Durant, PLLC, Washington, DC, for petitioner.
*Mollie Danielle Gorney*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Corcoran**, Chief Special Master:

On September 21, 2018, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccination administered on September 30, 2017. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 30, 2019, a ruling on entitlement was issued, finding petitioner entitled to compensation for SIRVA. On October 8, 2019, respondent filed a proffer on

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

award of compensation ("Proffer") indicating petitioner should be awarded $85,849.93 (comprised of $85,000.00 for pain and suffering and $849.93 for past, unreimbursed medical expenses).  Proffer at 1.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  *Id.*  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $85,849.93 (comprised of $85,000.00 for pain and suffering and $849.93 for past, unreimbursed medical expenses) in the form of a check payable to petitioner, Calandra Harps.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                                             <u>**s/Brian H. Corcoran**</u>
                                                             Brian H. Corcoran
                                                             Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| CALANDRA HARPS, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 18-1456V |
| v. ) | Chief Special Master Cocoran |
| ) | ECF |
| SECRETARY OF HEALTH AND HUMAN ) | |
| SERVICES, ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

### I.     Items of Compensation

On September 26, 2019, respondent filed a Rule 4(c) report conceding that petitioner was entitled to compensation for her shoulder injury related to vaccine administration ("SIRVA") as a result of a flu vaccine administered on September 30, 2017. On September 30, 2019, former Chief Special Master Dorsey issued a Ruling on Entitlement, finding that petitioner was entitled to compensation for her SIRVA. Based upon the evidence of record, respondent proffers that petitioner should be awarded $85,849.93. The award is comprised of the following: $85,000.00 for pain and suffering and $849.93 for past, unreimbursed medical expenses. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

### II.    Form of the Award

The parties recommend that compensation provided to petitioner should be made through a lump sum payment of **$85,849.93**, in the form of a check payable to petitioner. Petitioner agrees.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

                                          Respectfully submitted,

                                          JOSEPH H. HUNT
                                          Assistant Attorney General

                                          C. SALVATORE D'ALESSIO
                                          Acting Director
                                          Torts Branch, Civil Division

                                          CATHARINE E. REEVES
                                          Deputy Director
                                          Torts Branch, Civil Division

                                          ALEXIS B. BABCOCK
                                          Assistant Director
                                          Torts Branch, Civil Division

                                          <u>/s/ Mollie D. Gorney</u>
                                          MOLLIE D. GORNEY
                                          Trial Attorney
                                          Torts Branch, Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 146
                                          Benjamin Franklin Station
                                          Washington D.C. 20044-0146
                                          (202) 616- 4029
                                          mollie.d.gorney@usdoj.gov

Dated:  October 8, 2019